**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **White Birch Brewing LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **26-4509461** | |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **460 Amherst St** **Nashua, NH 03063-1220** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Merrimack** County | **Location of principal assets, if different from principal place of business** |
| | **460 Amherst St Nashua, NH 03063-1220** Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)  _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor  **White Birch Brewing LLC**                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**  ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **White Birch Brewing LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply*.)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **White Birch Brewing LLC**_____    Case number (*if known*) _____
                Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  5, 2019**_____
                MM / DD / YYYY

X **/s/ David A. Herlicka**_____          **David A. Herlicka**_____
   Signature of authorized representative of debtor          Printed name

Title   **Manager**_____

**18. Signature of attorney**

X **/s/ Marc L. Van De Water, Esq**_____    Date **May  5, 2019**_____
   Signature of attorney for debtor                              MM / DD / YYYY

**Marc L. Van De Water, Esq**_____
Printed name

**Van De Water Law Offices, P.L.L.C.**_____
Firm name

**44 Albin Rd**
**Bow, NH 03304-3704**_____
Number, Street, City, State & ZIP Code

Contact phone    **(603) 647-5444**_____    Email address   **senseilawyer@gmail.com**_____

**BNH01769**_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **White Birch Brewing LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adamian Realty Trust 29 Mill St Arlington, MA 02476-4733** | | | | | | **$43,520.57** |
| **Amherst Label 15 Westchester Dr Milford, NH 03055-3056** | | **Trade debt** | | | | **$12,717.40** |
| **Betty MacKillop 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | **$1,038,960.00** | **$400,648.31** | **$1,038,960.00** |
| **Chad Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | **$1,038,960.00** | **$400,648.31** | **$1,038,960.00** |
| **Comcast Spotlight New England 489 Washington St # 2 Auburn, MA 01501-5709** | | | | | | **$19,961.90** |
| **Corey Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | **$1,038,960.00** | **$400,648.31** | **$1,038,960.00** |
| **Derek Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | **$1,038,960.00** | **$400,648.31** | **$1,038,960.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor **White Birch Brewing LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gabriel Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | $1,038,960.00 | $400,648.31 | $1,038,960.00 |
| **Internal Revenue Service* PO Box 7346 Philadelphia, PA 19101-7346** | | 940/941 taxes | | $52,890.92 | $400,648.31 | $52,890.92 |
| **Jesse Cain 103 Pleasant St # 1F Concord, NH 03301-3852** | | loan | | $35,000.00 | $0.00 | $35,000.00 |
| **Jordann Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | $1,038,960.00 | $400,648.31 | $1,038,960.00 |
| **Liberty Utilities PO Box 1380 Londonderry, NH 03053-1380** | | Utility bill | | | | $13,925.22 |
| **Louis P. Cote, Inc. 42 Cote Ave Goffstown, NH 03045-2500** | | Trade debt | | | | $12,724.95 |
| **Macy Industries 5 Lehoux Dr Hooksett, NH 03106-1836** | | | | | | $36,986.46 |
| **Mantis Funding, LLC 187 Wolf Rd Ste 101 Albany, NY 12205-1138** | | loan | | | | $12,910.00 |
| **Parktown Trust 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | $1,038,960.00 | $400,648.31 | $1,038,960.00 |
| **Rebekah Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | $1,038,960.00 | $400,648.31 | $1,038,960.00 |
| **Roger Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | $1,038,960.00 | $400,648.31 | $1,038,960.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor  **White Birch Brewing LLC**                                    Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tyann Sylvestre 355 Clarkesville Pond Rd Clarksville, NH 03592-7209** | | | | **$1,038,960.00** | **$400,648.31** | **$1,038,960.00** |
| **WebBank 215 S State St Ste 1000 Salt Lake City, UT 84111-2336** | | | | | | **$68,999.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

Software Copyright (c) 2019 CINGroup - www.cincompass.com

# United States Bankruptcy Court
## District of New Hampshire, Manchester Division

In re **White Birch Brewing LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David A. Herlicka**<br>**43 Danis Park Rd**<br>**Goffstown, NH 03045-2687** | **Member** | **68** | |
| **Jesse Cain**<br>**103 Pleasant St # 1F**<br>**Concord, NH 03301-3852** | **Member** | **8** | |
| **Parktown Trust**<br>**355 Clarkesville Pond Rd**<br>**Clarksville, NH 03592-7209** | **Member** | **3** | |
| **Robert Hebert**<br>**68 Whippoorwill Ln**<br>**Bedford, NH 03110-5213** | **Member** | **3** | |
| **Stephen Hersom**<br>**67 Lady Slipper Ln**<br>**Manchester, NH 03109-5449** | **Member** | **18** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May  5, 2019**

Signature **/s/ David A. Herlicka**

**David A. Herlicka**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

In re:  White Birch Brewing LLC
      Debtor-in-Possession

Case No. 19-

Chapter  11

## STATEMENT REGARDING LLC RESOLUTION

The undersigned is The Manager of White Birch Brewing LLC, a manager-managed New Hampshire Limited Liability Company. On May 3, 2019 the following resolution was duly adopted by the Members of this LLC.

"WHEREAS, it is in the best interests of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that David Herlicka, in his capacity as Manager of this LLC, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the LLC; and

"BE IT FURTHER RESOLVED, that David Herlicka, in his capacity as Manager of this LLC, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with said bankruptcy proceedings;

and "BE IT FURTHER RESOLVED, that David Herlicka, in his capacity as Manager of this LLC, be and hereby is, authorized and directed to employ Marc L. Van De Water of Van De Water Law Offices, PLLC, to represent the LLC in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LLC

I, David Herlicka, in my capacity as Manager of the LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date: May 3, 2019      Signature: _____

                           David Herlicka, in his capacity as
                           Manager of White Birch Brewing LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:   White Birch Brewing LLC,                                Bk. No.  19-
           Debtor-in-Possession                                Chapter 11

### STATEMENT OF PARENT COMPANIES

      COMES NOW White Birch Brewing LLC, by and through its Manager, David

Herlicka, and does hereby respectfully submit the following statement pursuant to

Administrative Order 1074-1 (d):

      1.     White Birch Brewing LLC is a New Hampshire Limited Liability

Company, with its principal place of business at 460 Amherst Street, Nashua, New

Hampshire 03063.

      2.     White Birch Brewing LLC has no parent company, subsidiaries, trade

names, or other names it operates under.

                                Respectfully Submitted,
                                White Birch Brewing LLC
                                by its Manager,

_____               _____
Date                       David Herlicka, Manager

Filed
Date Filed: 03/26/2009
Business ID: 611141
William M. Gardner
Secretary of State

# State of New Hampshire

Filing fee:           $50.00
Fee for Form SRA:  $50.00
Total fees            $100.00
Use black print or type.
**Form must be single-sided, on 8½" x 11" paper;
double sided copies will not be accepted.**

Form LLC-1
RSA 304-C:12

### CERTIFICATE OF FORMATION
### NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, UNDER THE NEW HAMPSHIRE LIMITED LIABILITY COMPANY LAWS
SUBMITS THE FOLLOWING CERTIFICATE OF FORMATION:

FIRST:  The name of the limited liability company is White Birch Brewing LLC

SECOND:  The nature of the primary business or purposes are Brewing Beer

THIRD:  The name of the limited liability company's registered agent is William Herlicka

and the **street address**, town/city (including zip code and post office box, if any) of its registered office is
(agent's business address) 59 Stirling ave, Hooksett, NH 03106

FOURTH:  The latest date on which the limited liability company is to dissolve is ongoing

FIFTH:  The management of the limited liability company ___ is ___ vested in a manager or managers.

SIXTH:  The sale or offer for sale of any ownership interests in this business will comply with the
requirements of the New Hampshire Uniform Securities Act (RSA 421-B).

*Signature: _William Herlicka (signed)_

Print or type name: _William Herlicka_

Title: _Manager_
(Enter "manager" or "member")

Date signed: _3-24-09_

*Must be signed by a **manager**; if no manager, must be signed by a **member**.

DISCLAIMER:  All documents filed with the Corp[...]
available for public inspection in either tangible or e[...]

Mail fees, DATED AND SIGNED ORIGINAL AN[...]
of State, 107 North Main Street, Concord NH 03301

State of New Hampshire
Form LLC 1 - Certificate of Formation 2 Page(s)



T0908505007

5/07
LLC-1 V-1.0

# Form SRA – Addendum to Business Organization and Registration Forms
## Statement of Compliance with New Hampshire Securities Laws

**Part I – Business Identification and Contact Information**

Business Name: __White Birch Brewing LLC__

Business Address (include city, state, zip): __59 Stirling ave, Hooksett, NH 03106__

Telephone Number: _____(603) 244-8593_____ E-mail: _____Herlicka@comcast.net_____

Contact Person: __William Herlicka__

Contact Person Address (if different): _____

**Part II – Check _ONE_ of the following items in Part II**. If more than one item is checked, the form will be rejected.
[*PLEASE NOTE:* Most small businesses registering in New Hampshire qualify for the exemption in Part II, Item 1 below.
*However*, you must insure that your business meets all of the requirements spelled out in A), B), and C)]:

1. __✓__ Ownership interests in this business are exempt from the registration requirements of the state of New Hampshire because the business meets _ALL_ of the following three requirements:
   A) This business has _10 or fewer owners_; and
   B) Advertising _relating to the sale of ownership interests_ has not been circulated; and
   C) Sales of ownership interests – if any – will be _completed within 60 days_ of the formation of this business.

2. ____ This business will offer securities in New Hampshire under another exemption from registration or will notice file for federal covered securities. Enter the citation for the exemption or notice filing claimed - _____.

3. ____ This business has registered or will register its securities for sale in New Hampshire. Enter the date the registration statement was or will be filed with the Bureau of Securities Regulation - _____.

4. ____ This business was formed in a state other than New Hampshire and will not offer or sell securities in New Hampshire.

**Part III – Check _ONE_ of the following items in Part III:**

1. ____ This business _is not being_ formed in New Hampshire.

2. __✓__ This business _is_ being formed in New Hampshire and the registration document states that any sale or offer for sale of ownership interests in the business will comply with the requirements of the New Hampshire Uniform Securities Act.

**Part IV – Certification of Accuracy**

(NOTE: The information in Part IV must be certified by: 1) <u>all</u> of the incorporators of a corporation to be formed; or 2) <u>an</u> executive officer of an existing corporation; or 3) <u>all</u> of the general partners or intended general partners of a limited partnership; or 4) <u>one or more</u> authorized members or managers of a limited liability company; or 5) <u>one or more</u> authorized partners of a registered limited liability partnership or foreign registered limited liability partnership.)

I (We) certify that the information provided in this form is true and complete. (Original signatures *only*)

Name (print): _____William Herlicka_____ Signature: _____

Date signed: _____March 23, 2009_____

Name (print): _____Ellen Herlicka_____ Signature: _____

Date signed: _____March 23, 2009_____

Name (print): _____ Signature: _____

Date signed: _____

Rev. 3/08

(/online/Home/)  Back to Home (/online)

# Business Information

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | WHITE BIRCH BREWING LLC | Business ID: | 611141 |
| Business Type: | Domestic Limited Liability Company | Business Status: | Good Standing |
| Management Style: | Manager Managed | | |
| Business Creation Date: | 03/26/2009 | Name in State of Formation: | Not Available |
| Date of Formation in Jurisdiction: | 03/26/2009 | | |
| Principal Office Address: | 460 Amherst Street, Nashua, NH, 03063, USA | Mailing Address: | 460 Amherst Street, Nashua, NH, 03063, USA |
| Citizenship / State of Formation: | Domestic/New Hampshire | | |
| | | Last Annual Report Year: | 2019 |
| | | Next Report Year: | 2020 |
| Duration: | Perpetual | | |
| Business Email: | dave@whitebirchbrewing.com | Phone #: | 603-244-8593 |
| Notification Email: | NONE | Fiscal Year End Date: | NONE |

## Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / brewing beer | |

**Page 1 of 1, records 1 to 1 of 1**

## Principals Information

| Name/Title | Business Address |
|---|---|
| David Herlicka A / Manager | 460 Amherst Street, Nashua, NH, 03063, USA |

**Page 1 of 1, records 1 to 1 of 1**

## Registered Agent Information

| | |
|---|---|
| Name: | Herlicka David A |
| Registered Office Address: | 1339 Hooksett Rd, Hooksett, NH, 03106, USA |
| Registered Mailing Address: | 1339 Hooksett Rd, Hooksett, NH, 03106, USA |

## Trade Name Information

No Trade Name(s) associated to this business.

## Trade Name Owned By

No Records to View.

## Trademark Information

| Trademark Number | Trademark Name | Business Address | Mailing Address |
|---|---|---|---|
| | | No records to view. | |

Filing History　　　Address History　　　View All Other Addresses　　　Name History　　　Shares

Businesses Linked to Registered Agent　　　Return to Search　　　Back

NH Department of State, 107 North Main St. Room 204, Concord, NH 03301 -- **Contact Us (/online/Home/ContactUS)**

Version 2.1　© 2014 PCC Technology Group, LLC, All Rights Reserved.



# State of New Hampshire
# Department of State
## 2019 ANNUAL REPORT

| | |
|---|---|
| Filed | |
| Date Filed: 5/4/2019 | |
| Effective Date: 5/4/2019 | |
| Business ID: 611141 | |
| William M. Gardner | |
| Secretary of State | |

| | |
|---|---|
| BUSINESS NAME: | **WHITE BIRCH BREWING LLC** |
| BUSINESS TYPE: | **Domestic Limited Liability Company** |
| BUSINESS ID: | **611141** |
| STATE OF FORMATION: | **New Hampshire** |

| PREVIOUS PRINCIPAL OFFICE ADDRESS | PREVIOUS MAILING ADDRESS |
|---|---|
| **1339 Hooksett Rd.**<br>**Hooksett, NH, 03106, USA** | **1339 Hooksett Rd.**<br>**Hooksett, NH, 03106, USA** |

| NEW PRINCIPAL OFFICE ADDRESS | NEW MAILING ADDRESS |
|---|---|
| **460 Amherst Street**<br>**Nashua, NH, 03063, USA** | **460 Amherst Street**<br>**Nashua, NH, 03063, USA** |

### REGISTERED AGENT AND OFFICE

| | |
|---|---|
| REGISTERED AGENT: | **Herlicka David A** |
| REGISTERED AGENT OFFICE ADDRESS: | **1339 Hooksett Rd  Hooksett, NH, 03106, USA** |

### PRINCIPAL PURPOSE(S)

| NAICS CODE | NAICS SUB CODE |
|---|---|
| **OTHER / brewing beer** | |

### MANAGER / MEMBER INFORMATION

| NAME | BUSINESS ADDRESS | TITLE |
|---|---|---|
| **David A Herlicka** | **460 Amherst Street, Nashua, NH, 03063, USA** | **Manager** |

I, the undersigned, do hereby certify that the statements on this report are true to the best of my information, knowledge and belief.

| | |
|---|---|
| Title: | **Manager** |
| Signature: | **David A Herlicka** |
| Name of Signer: | **David A Herlicka** |

# United States Bankruptcy Court
## District of New Hampshire, Manchester Division

In re   **White Birch Brewing LLC**

Case No.

Debtor(s)                                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of ___**11**___ pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date:   **May  5, 2019**

**/s/ David A. Herlicka**
Debtor Signature
**David A. Herlicka**
Print Name
Address   **460 Amherst St**
**Nashua NH 03063-1220**
Tel. No.

LBF 1007-2 (Eff. 11/1/16)
Software Copyright (c) 2019 CINGroup - www.cincompass.com

Acadia Insurance
1 Acadia Cmn
Westbrook, ME  04092-3805


Adamian Realty Trust
29 Mill St
Arlington, MA  02476-4733


Agera Energy, LLC
555 Pleasantville Rd Ste 107
Briarcliff Manor, NY  10510-1955


Alphagraphics
97 Main St
Nashua, NH  03060-2751


Altus Global Trade Solutions
2400 Veterans Blvd Ste 300
Kenner, LA  70062


American Beer Equipment
1971 SW 6th St
Lincoln, NE  68522-1730


American Express
c/o Becket & Lee, LLP
PO Box 3001
Malvern, PA  19355-0701

Amherst Label
15 Westchester Dr
Milford, NH   03055-3056


Andler Packaging
375 3rd St
Everett, MA   02149-4716


Atlantic Importing
attn. Sean Siegal
350 Hopping Brook Rd
Holliston, MA   01746-1458


Beckett & Lee, LLP
POB 3001
Malvern, PA   19355-0701


Betty MacKillop
355 Clarkesville Pond Rd
Clarksville, NH   03592-7209


Capital For Merchants
div. of North American Bancard, LLC
250 Stephenson Hwy
Troy, MI   48083-1117


Chad Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH   03592-7209

Cintas Corporation
200 Apollo Dr
Chelmsford, MA  01824-3620


Citizens Bank
1 Citizens Dr.
Riverside, RI  02915


Comcast
1701 John F Kennedy Blvd
Philadelphia, PA  19103-2838


Comcast Spotlight New England
489 Washington St # 2
Auburn, MA  01501-5709


Corey Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209


Country Malt Group/Brewcraft USA
PO Box 1529
Vancouver, WA  98668-1529


Craft Beer Guild, LLC
300 West Rd # 4
Portsmouth, NH  03801-5652

```
Cynthia Marmonti
311 State Route 101
Amherst, NH  03031-1737


David Herlicka
43 Danis Park Rd
Goffstown, NH  03045-2687


Derek Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209


Eastern Bank
1 Atwood Ln
Bedford, NH  03110-6504


Elizabeth C. Bassett, Esq.
PO Box 475
Hampton Falls, NH  03844-0475


Eric Forcier, Esq.
NH Bureau of Securities Regulation
107 N Main St Rm 204
Concord, NH  03301-4951


Gabriel Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209
```

```
GrainCorp Malt - Great Western Malt/
PO Box 1529
Vancouver, WA  98668-1529


Heritage Family Fed. CU
30 Allen St.
Rutland, VT  05701


Hippo Press
195 McGregor St Ste 325
Manchester, NH  03102-3749


Internal Revenue Service*
PO Box 7346
Philadelphia, PA  19101-7346


Jason Collier
73 French Rd
Montpelier, VT  05602-9240


Jay M. Niederman, Esq.
Niederman, Stazel & Lindsey
55 West Webster Street
Manchester, NH  03104


Jesse Cain
103 Pleasant St # 1F
Concord, NH  03301-3852
```

John Kelly Trust
1319 Hooksett Rd
Hooksett, NH  03106-1845


Jordann Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209


Juliaana DiGesu, Esq.
Orr & Reno, PA
45 S Main St
Concord, NH  03301-4898


Keg Credit, LLC
9110 E Nichols Ave Ste 105
Centennial, CO  80112-3450


Kegstar
600 B St Ste 300
San Diego, CA  92101-4505


Key Container
PO Box 2370
Pawtucket, RI  02861-0370


Labelprint America
8 Opportunity Way
Newburyport, MA  01950-4043

Lawrence M. Edelman, Esq.
33 Capitol St
Concord, NH   03301-6310


Liberty Utilities
PO Box 1380
Londonderry, NH   03053-1380


Louis P. Cote, Inc.
42 Cote Ave
Goffstown, NH   03045-2500


Lydea Irwin, Esq.
NH Bureau of Securities Regulation
107 N Main St Rm 204
Concord, NH   03301-4951


Macy Industries
5 Lehoux Dr
Hooksett, NH   03106-1836


Mantis Funding, LLC
187 Wolf Rd Ste 101
Albany, NY   12205-1138


Matheson Tri-Gas dba Valley
4080 S Willow St
Manchester, NH   03103-2334

```
Microstar
2401 15th St Ste 200
Denver, CO  80202-1186


NH Bureau of Securities Regulation
107 N Main St Rm 204
Concord, NH  03301-4951


NH Dept. of Revenue*
Attn: Pierre O. Boisvert
PO Box 454
Concord, NH  03302-0454


North American Bancard System
250 Stephenson Hwy
Troy, MI  48083-1117


Office of the Ohio Attorney General
Collections Enforcement Section
150 E Gay St
Columbus, OH  43215-3130


Ohio Department of Taxation
PO Box 530
Columbus, OH  43126-0530


PakTech
1680B Irving Rd
Eugene, OR  97402-9714
```

Parktown Trust
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209


Professional Credit Service
PO Box 1320
Southgate, MI  48195-0320


R.I. Distributing
119 Hopkins Hill Rd
West Greenwich, RI  02817-1709


Rebekah Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209


Rehrig Pacific
4010 E 26th St
Los Angeles, CA  90058-4401


Robert Hebert
68 Whippoorwill Ln
Bedford, NH  03110-5213


Robert L. O'Brien, Esq.
Schlee & Stillman, LLC
PO Box 357
New Boston, NH  03070-0357

Roger Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209


Ross Express
P.O. Box 8908
Concord, NH  03303-8908


SoPo Holdings, LLC
913 Sawyer St
Portland, ME  04106-6533


Spinning Wheels Express
152 Lynnway Ste 2-D
Lynn, MA  01902-3462


State of NH-Dept. Empl. Sec.*
Attn: Arnold Rocklin-Weare
45 S Fruit St
Concord, NH  03301-2410


State of NH-Dept. of Revenue
45 Chenell Drive PO Box 454
Concord, NH  03302


Stephen Hersom
67 Lady Slipper Ln
Manchester, NH  03109-5449

Stone Path Malt LLC
PO Box 703
Wareham, MA  02571-0703


Taste Profit Consulting, LLC
24 Deborah Ln
Dover, NH  03820-9128


The Brewing Science Institute
106 Glen Dale Dr
Woodland Park, CO  80863-9092


Tyann Sylvestre
355 Clarkesville Pond Rd
Clarksville, NH  03592-7209


Victory Packaging
355 Maple St
Bellingham, MA  02019-3024


WebBank
215 S State St Ste 1000
Salt Lake City, UT  84111-2336


William S. Gannon, Esq.
William S. Gannon, PLLC
889 Elm St Fl 4
Manchester, NH  03101-2019