UNITED STATES BANKRUPTCY COURT
New Hampshire  **DISTRICT OF** Hillsborough

In re **White Birch Brewing**

Case No.  19-10622-BAH
Reporting Period  8/1/20 - 8/31/20

## MONTHLY OPERATING REPORT
**Complete and submit within 14 days after end of month**

| REQUIRED DOCUMENTS | Form No. | Document Attached |
|---|---|---|
| Debtor's Questionnaire | Page 2 | Yes ✓   No |
| Schedule of Cash Receipts and Disbursements | Page 3 | Yes ✓   No |
| Copies of Debtor's Bank Reconciliations | | Yes   No ✓ |
| Copies of Debtor's Bank Statements | | Yes ✓   No |
| Copies of Cash Disbursements Journals | | Yes   No ✓ |
| Statement of Operations | Page 4 | Yes ✓   No |
| Balance Sheet | Page 5 | Yes ✓   No |
| Schedule of Post-Petition Liabilities | Page 6 | Yes ✓   No |
| Copies of IRS Form 6123 or payment receipt | | Yes   No ✓ |
| Copies of tax returns filed during reporting period | | Yes   No ✓ |
| Detailed listing of aged accounts payables | | Yes   No ✓ |
| Accounts Receivable Reconciliation and Aging | Page 7 | Yes ✓   No |
| Supporting Schedule and Disclosures | Page 8 | Yes ✓   No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and all attachments
are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual*                    9/28/20
                                                       Date

**David Herlicka**                                     **Manager/Owner**

Printed Name of Authorized Individual                  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if the debtor is a corporation;
a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

COVER PAGE
01/01/15



U. S. Department of Justice
Office of the United States Trustee
*Districts of Maine, Massachusetts,*
*New Hampshire and Rhode Island*

## INSTRUCTIONS FOR PREPARATION OF DEBTOR'S
## CHAPTER 11 MONTHLY OPERATING REPORT FOR BUSINESS

Debtors-in-Possession and Trustees must file with the United States Trustee operating reports reflecting the activities of the debtor's business each month.  These are to be submitted by the 14th of the month following the reporting period.   The following additional comments are provided to assist in the preparation of the forms provided by the United States Trustee.

• DEBTOR'S QUESTIONNAIRE (page 2).  You must submit this information each month even if there have been no changes from the prior periods.  All items must be answered.  Any which do not apply should be answered "none" or "N/A."  If a new insurance policy is issued, coverage is changed, or there is any other change in insurance coverage, a copy of the new certificate of insurance must be attached.

• SCHEDULE OF RECEIPTS AND DISBURSEMENTS (page 3)
  - All operating and plan disbursements must be recorded on this schedule.
  - Disbursements on this schedule are used to determine the quarterly fees due the U.S. Trustee.
  - You must report each open account, including savings accounts and negotiable instruments.
  - The amounts on the check disbursements detail must agree with the amounts for Total
  - Itemize all checks written or wire transfers on each account.
  - Debtors using computerized systems may submit computer-generated registers.

• STATEMENT OF OPERATIONS (page 4).  With the prior written authorization of the United States Trustee, a Debtor may be excused from submitting the income statement.  Debtors using computerized systems may submit a computer-generated income statement.

• BALANCE SHEET (page 5).  With the prior authorization of the United States Trustee, a Debtor may not be required to complete the balance sheet.  Debtors using computerized systems may submit a computer-generated balance sheet for the current month.

 **Failure to submit Monthly Operating Reports will seriously jeopardize your case, and may result in the dismissal or conversion of your case to a Chapter 7.  If you have any questions regarding these reports which your attorney cannot answer, your attorney should contact the attorney or bankruptcy analyst in the United States Trustee's office who is assigned to your case.**

1/1/15

**UNITED STATES BANKRUPTCY COURT**

New Hampshire **DISTRICT OF** Hillsborough

In re ___ White Birch Brewing ___

Case No.     19-10622-BAH

Reporting Period    8/1/20 - 8/31/20

**MONTHLY OPERATING REPORT**
**Complete and submit within 14 days after end of month**

| REQUIRED DOCUMENTS | Form No. | Document Attached |
|---|---|---|
| Debtor's Questionnaire | Page 2 | Yes ✔   No |
| Schedule of Cash Receipts and Disbursements | Page 3 | Yes ✔   No |
| Copies of Debtor's Bank Reconciliations | | Yes   No ✔ |
| Copies of Debtor's Bank Statements | | Yes ✔   No |
| Copies of Cash Disbursements Journals | | Yes   No ✔ |
| Statement of Operations | Page 4 | Yes ✔   No |
| Balance Sheet | Page 5 | Yes ✔   No |
| Schedule of Post-Petition Liabilities | Page 6 | Yes ✔   No |
| Copies of IRS Form 6123 or payment receipt | | Yes   No ✔ |
| Copies of tax returns filed during reporting period | | Yes   No ✔ |
| Detailed listing of aged accounts payables | | Yes   No ✔ |
| Accounts Receivable Reconciliation and Aging | Page 7 | Yes ✔   No |
| Supporting Schedule and Disclosures | Page 8 | Yes ✔   No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and all attachments
are true and correct to the best of my knowledge and belief.

_____

Signature of Authorized Individual*

**David Herlicka**

Printed Name of Authorized Individual

Date _____

**Manager/Owner**

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if the debtor is a corporation;
a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

COVER PAGE
01/01/15

# White Birch Brewing

Debtor

Case No.
Reporting Period

## 19-10622-BAH

8/1/20 - 8/31/20

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✔ |
| 2. Have any funds been disbursed from any account other than a debtor-in-possession account this reporting period? If yes, provide an explanation below. | | ✔ |
| 3. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? If yes, attach listing including date of payment, amount, and name of payee. | | ✔ |
| 4. Have any payments been made to professionals? If yes, attach listing including date of payment, amount, and name of payee. | | ✔ |
| 5. If the answer to question 3 and/or 4 is yes, were all such payments approved by the Court? | | ✔ |
| 6. Have any payments been made to officers, insiders, shareholders, or relatives? If yes, attach listing including date, amount, reason for payment, and name of payee. | | ✔ |
| 7. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✔ | |
| 8.  Are any post petition payroll taxes past due? | | ✔ |
| 9.  Are any post petition State or Federal income taxes past due? | | ✔ |
| 10. Are any post petition real estate taxes past due? | | ✔ |
| 11. Are any wages payments past due? | | ✔ |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✔ |
| 13. Was there any post-petition borrowing during this reporting period? | | ✔ |
| 14. Estimated date of filing Plan of Reorganization and Disclosure Statement: | 09/20/2000 | |
| **Confirmation of Insurance** | | |
| 15. Is the estate insured for the replacement cost of assets and for general liability? | ✔ | |
| 16. Is workers' compensation insurance in effect? | ✔ | |
| 17. Have all current insurance payments been made? Attach copies of all new and renewed insurance policies. | ✔ | |
| **Notes/Explanation** | | |

# White Birch Brewing

Debtor

Case No. **19-10622-BAH**

Reporting Period 8/1/20 - 8/31/20

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statements.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.

| | BANK ACCOUNTS | | | | |
| --- | --- | --- | --- | --- | --- |
| | Operational | Payroll | Tax | Other | Total of All Accounts |
| CASH BEGINNING OF MONTH | $ 19,273.86 | | | | $ 19,273.86 |
| RECEIPTS | | | | | |
| CASH SALES | $ 500.00 | | | | $ 500.00 |
| ACCOUNTS RECEIVABLE, Pre-petition | $ 0.00 | | | | $ 0.00 |
| ACCOUNTS RECEIVABLE, Post-petition | $ 0.00 | | | | $ 0.00 |
| LOANS AND ADVANCES | $ 0.00 | | | | $ 0.00 |
| SALE OF ASSETS | $ 0.00 | | | | $ 0.00 |
| OTHER (ATTACH LIST) | $ 29,360.50 | | | | $ 29,360.50 |
| TRANSFERS (FROM DIP ACCTS) | $ 0.00 | | | | $ 0.00 |
| **TOTAL RECEIPTS** | **$ 29,860.50** | $ 0.00 | $ 0.00 | $ 0.00 | $ 29,860.50 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | $ 12,201.98 | | | | $ 12,201.98 |
| PAYROLL TAXES | $ 3,428.67 | | | | $ 3,428.67 |
| SALES, USE & OTHER TAXES | $ 261.14 | | | | $ 261.14 |
| INVENTORY PURCHASES | $ 6,187.41 | | | | $ 6,187.41 |
| SECURED/RENTAL/LEASES | $ 0.00 | | | | $ 0.00 |
| INSURANCE | $ 673.00 | | | | $ 673.00 |
| ADMINISTRATIVE EXPENSE | $ 156.00 | | | | $ 156.00 |
| SELLING EXPENSE | $ 971.60 | | | | $ 971.60 |
| OTHER (ATTACH LIST) | $ 12,975.00 | | | | $ 12,975.00 |
| OWNER DRAW * | $ 0.00 | | | | $ 0.00 |
| TRANSFERS (TO DIP ACCTS) | $ 0.00 | | | | 0.00 |
| PROFESSIONAL FEES | $ 0.00 | | | | $ 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | $ 0.00 | | | | $ 0.00 |
| COURT COSTS | $ 0.00 | | | | $ 0.00 |
| **TOTAL DISBURSEMENTS** | $ 36,854.80 | $ 0.00 | $ 0.00 | $ 0.00 | 36,854.80 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -$ 6,994.30 | $0.00 | $ 0.00 | $ 0.00 | -$ 6,994.30 |
| **CASH - END OF MONTH** | $ 12,279.56 | $ 0.00 | $ 0.00 | $ 0.00 | $ 12,279.56 |

*COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION <u>MUST</u> BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | $ 36,854.80 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 36,854.80 |

# White Birch Brewing

Debtor

Case No. 19-10622-BAH

Reporting Period 8/1/20 - 8/31/20

### STATEMENT OF OPERATIONS
(Income Statement)

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | $ 29,860.50 | $ 316,194.79 |
| Less: Returns and Allowances | $ 0.00 | $ 0.00 |
| **NET REVENUES** | $ 29,860.50 | $ 316,194.79 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $ 40,000.00 | $ 266,100.00 |
| Add: Purchases | $ 6,187.41 | $ 88,943.57 |
| Add: Cost of Labor and other costs | $ 15,630.65 | $ 97,773.05 |
| Less: Ending Inventory | $ 27,000.00 | $ 390,639.26 |
| Cost of Goods Sold | $ 34,818.06 | $ 62,177.36 |
| **GROSS PROFIT** | -$ 4,957.56 | $ 254,017.43 |
| **OPERATING EXPENSES** | | |
| Advertising | $ 0.00 | $ 1,000.00 |
| Auto and Truck Expense | $ 0.00 | $ 0.00 |
| Bad Debts | $ 0.00 | $ 0.00 |
| Contributions | $ 0.00 | $ 0.00 |
| Employee Benefits Programs | $ 0.00 | $ 0.00 |
| Officer/Insider Compensation* | $ 600.00 | $ 2,167.67 |
| Insurance | $ 673.00 | $ 5,205.52 |
| Management Fees/Bonuses | $ 0.00 | $ 0.00 |
| Office Expense | $ 0.00 | $ 433.00 |
| Pension & Profit-Sharing Plans | $ 0.00 | $ 0.00 |
| Repairs and Maintenance | $ 11,375.00 | $ 27,129.26 |
| Rent and Lease Expense | $ 0.00 | $ 63,365.30 |
| Salaries/Commissions/Fees | $ 11,660.19 | $ 58,894.48 |
| Supplies | $ 6,187.41 | $ 88,943.57 |
| Taxes - Payroll | $ 3,428.67 | $ 14,322.32 |
| Taxes - Real Estate | $ 0.00 | $ 0.00 |
| Taxes - Other | $ 261.14 | $ 1,201.54 |
| Travel and Entertainment | $ 0.00 | $ 0.00 |
| Utilities | $ 0.00 | $ 16,485.06 |
| Other Expenses (attach schedule) | $ 1,600.00 | $ 21,140.07 |
| Depreciation/Depletion/Amortization | $ 0.00 | $ 0.00 |
| Net Profit(Loss) Before Other Income & Expenses | -$ 40,742.97 | -$ 46,270.36 |
| Other Income (attach schedule) | $ 0.00 | $ 0.00 |
| Other Expense (attach schedule) | $ 0.00 | $ 0.00 |
| **NET PROFIT (LOSS)** Before Reorganization Items | -$ 40,742.97 | -$ 46,270.36 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ 0.00 | $ 0.00 |
| U.S. Trustee Quarterly Fees | $ 0.00 | $ 4,907.67 |
| Interest Earned on Accumulated Cash from Chapter 11 | $ 0.00 | $ 0.00 |
| Gain(Loss) from Sale of Equipment | $ 0.00 | $ 0.00 |
| Other Reorganization Expenses (attach schedule) | $ 0.00 | $ 0.00 |
| Total Reorganization Expenses | $ 0.00 | $ 4,907.67 |
| Income Taxes | $ 0.00 | $ 0.00 |
| **NET PROFIT(LOSS)** | -$ 40,742.97 | -$ 51,178.03 |

* "Insider" is defined in 11 U.S.C. Section 101(31).

# White Birch Brewing

Debtor

Case No. 19-10622-BAH

Reporting Period 8/1/20 - 8/31/20

**BALANCE SHEET**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $ 12,279.56 | $ 0.00 |
| Restricted Cash and Cash Equivalents | $ 0.00 | $ 0.00 |
| Accounts Receivable (Net) | $ 0.00 | $ 0.00 |
| Notes Receivable | $ 0.00 | $ 0.00 |
| Inventories | $ 27,000.00 | $ 0.00 |
| Prepaid Expenses and Professional Retainers | $ 0.00 | $ 0.00 |
| Other Current Assets (attach schedule) | $ 0.00 | $ 0.00 |
| **TOTAL CURRENT ASSETS** | $ 39,279.56 | $ 0.00 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $ 0.00 | $ 0.00 |
| Machinery and Equipment | $ 400,000.00 | $ 400,000.00 |
| Furniture, Fixtures and Office Equipment | $ 2,000.00 | $ 2,000.00 |
| Leasehold Improvements | $ 0.00 | $ 0.00 |
| Vehicles | $ 0.00 | $ 0.00 |
| Less Accumulated Depreciation | $ 0.00 | $ 0.00 |
| **TOTAL PROPERTY & EQUIPMENT** | $ 402,000.00 | $ 402,000.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders | $ 0.00 | $ 0.00 |
| Other Assets (attach schedule) | $ 0.00 | $ 0.00 |
| **TOTAL OTHER ASSETS** | $ 0.00 | $ 0.00 |
| **TOTAL ASSETS** | $ 441,279.56 | $ 402,000.00 |
| **LIABILITIES  (Post-Petition)** | | |
| Accounts Payable | $ 0.00 | $ 0.00 |
| Taxes Payable | $ 0.00 | $ 0.00 |
| Wages Payable | $ 0.00 | $ 0.00 |
| Notes Payable | $ 0.00 | $ 0.00 |
| Rent / Leases - Building/Equipment | $ 0.00 | $ 0.00 |
| Secured Debt / Adequate Protection Payments | $ 0.00 | $ 0.00 |
| Professional Fees | $ 0.00 | $ 0.00 |
| Amounts Due to Insiders | $ 0.00 | $ 0.00 |
| Other Postpetition Liabilities (attach schedule) | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES** | $ 0.00 | $ 0.00 |
| **LIABILITIES (Pre-Petition)** | | |
| Secured Debt | $ 558,000.00 | $ 558,000.00 |
| Priority Debt | $ 45,000.00 | $ 45,000.00 |
| Unsecured Debt | $ 900,000.00 | $ 900,000.00 |
| **TOTAL PRE-PETITION LIABILITIES** | $ 1,503,000.00 | $ 1,503,000.00 |
| **TOTAL LIABILITIES** | $ 1,503,000.00 | $ 1,503,000.00 |
| **OWNER EQUITY** | | |
| Capital Stock and Additional Paid-in Captial | $ 0.00 | $ 0.00 |
| Owner's (or Partners) Capital ccount | $ 0.00 | $ 0.00 |
| Retained Earnings - Pre-Petition | $ 0.00 | $ 0.00 |
| Retained Earnings - Postpetition | $ 0.00 | $ 0.00 |
| Adjustments to Owner Equity (attach schedule) | $ 0.00 | $ 0.00 |
| **NET EQUITY** | -$ 1,061,720.44 | -$ 1,101,000.00 |

# White Birch Brewing

Debtor

Case No. **19-10622-BAH**

Reporting Period 8/1/20 - 8/31/20

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Ending Tax Liability |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Employee income tax withheld | $ 0.00 | $ 1,342.33 | $ 1,342.33 | 08/07/20 | $ 0.00 |
| Employee FICA taxes | $ 0.00 | $ 1,062.00 | $ 1,062.00 | 08/14/20 | $ 0.00 |
| FICA-Employer | $ 0.00 | $ 1,062.00 | $ 1,062.00 | 08/21/20 | $ 0.00 |
| Unemployment taxes | $ 0.00 | $ 3.60 | $ 3.60 | 08/28/20 | $ 0.00 |
| Income tax | $ 0.00 | $ 0.00 | $ 0.00 | | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 | $ 0.00 | | $ 0.00 |
| Total Federal Taxes | $ 0.00 | $ 3,469.93 | $ 3,469.93 | | $ 0.00 |
| **State and Local** | | | | | |
| Income Tax Withholding | $ 0.00 | $ 0.00 | $ 0.00 | | $ 0.00 |
| Sales and Use | $ 6,556.74 | $ 1,060.26 | $ 0.00 | | $ 7,617.00 |
| Excise | $ 261.14 | $ 88.40 | $ 261.14 | 08/10/20 | $ 88.40 |
| Unemployment | $ 0.00 | $ 81.30 | $ 81.30 | 08/28/20 | $ 0.00 |
| Real Property | $ 0.00 | $ 0.00 | $ 0.00 | | $ 0.00 |
| Personal Property | $ 0.00 | $ 0.00 | $ 0.00 | | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 | $ 0.00 | | $ 0.00 |
| Total State and Local | $ 6,817.88 | $ 1,229.96 | $ 342.44 | 0 | $ 7,705.40 |
| **Total Taxes** | $ 6,817.88 | $ 4,699.89 | $ 3,812.37 | 0 | $ 7,705.40 |

### SUMMARY OF UNPAID POST-PETITION DEBTS

| | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Wages Payable | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Rent/Leases-Building | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Rent/Leases-Equipment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Secured Debt/Adequate Protection Payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Professional Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Amounts Due to Insiders | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Withholding for Employee Healthcare | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Premiums, Pensions & Other Benefits | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: 0 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Postpetition Debts** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Explain how and when the Debtor intends to pay any past-due post-petition debts.**

# White Birch Brewing

Debtor

Case No. __19-10622-BAH__

Reporting Period __8/1/20 - 8/31/20__

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Petition Date Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | $ 0.00 | $ 0.00 |
| Plus:  Billings During the Month | | $ 0.00 |
| Less: Collections During the Month | | $ 0.00 |
| Adjustments or WriteOffs* | | $ 0.00 |
| Accounts Receivable Ending Balance** | | $ 0.00 |

| ACCOUNTS RECEIVABLE AGING | Current Month |
|---|---|
| 0 - 30 Days | $ 0.00 |
| 31 - 60 Days | $ 0.00 |
| 61 - 90 Days | $ 0.00 |
| Over 90 Days | $ 0.00 |
| **Total Accounts Receivable** | $ 0.00 |
| Amount considered uncollectible (Bad Debt) | $ 0.00 |
| Accounts Receivable (Net) | $ 0.00 |

**\*  Attach explanation of  any adjustment or writeoff.**

**\*\* The "current month" of these two lines must equal.**

Page 7
1/1/15

# White Birch Brewing

Debtor

Case No. **19-10622-BAH**

Reporting Period 8/1/20 - 8/31/20

**Supporting Schedules and Disclosures**

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | |
|---|---|---|---|---|
| **Name of Creditor** | **Scheduled Monthly Payment Due** | **Amount Paid During Month** | **Total Unpaid Post-Petition** | **Total Number of Post-Petition Payments in Arrears** |
| Adamian Reality | $ 9,883.00 | $ 0.00 | $ 0.00 | 0 |
| Heritage Credit Union | $ 1,100.00 | $ 0.00 | $ 0.00 | 0 |
| American General | $ 673.00 | $ 673.00 | $ 0.00 | 0 |
|  |  |  |  |  |
|  |  |  |  |  |

| Confirmation of Insurance | |
|---|---|
| **TYPE of POLICY  and INSURANCE CARRIER** | **Period of Coverage** |
| American General | 03/01/20     to   2/28/21 |
|  | to |
|  | to |
|  | to |
|  | to |

| Describe Pertinent Developments, Events, and Matters During this Reporting Period *(including changes in senior management, change of address, disputes with creditors, etc.)* |
|---|
|  |

| Paid to | Date | Amount | Reason |
|---|---|---|---|
| Nick Spiros | 8/24/2020 | $600.00 | Food - Event |
| Nick Spiros | 8/27/2020 | $600.00 | Food - Event |
| DAV Cigars | 8/27/2020 | $400.00 | Cigars - Event |
| Next Gen | 8/28/2020 | $10,000.00 | Boiler Repair |
| Granite Group | 8/3/2020 | $1,375.00 | Boiler Repair |
| | | $12,975.00 | |



# Merchant Billing Statement

ELAVON
MERCHANT PROCESSING SERVICES
7300 CHAPMAN HWY
KNOXVILLE, TN 37920

Cycle:              CUTOFF

Statement Date:        08/31/2020
Store Number:          0000000000
Merchant Number:       ▓▓▓▓▓▓▓▓▓▓
Chain Number:          00000
DBA Name: WHITE BIRCH BREWING LLC

000006651 01 SP      106481229169393 S

WHITE BIRCH BREWING LLC
ATTN DAVID HERLICKA
460 AMHERST ST STE 4
NASHUA NH 03063-1220

Client Group:       ▓▓▓▓▓▓
Principal Chain:    00000
Parent Chain:       00000
Parent Entity:

Page    1 of    6

## Your Resources For Help

*For customer service, please call 800-725-1243*

## Summary

| | Number of Items | Dollar Amounts | Fee/Charges Category | Fee Summary |
|---|---|---|---|---|
| Sales | 640 | 26,852.13 | Credit Card Processing Charges | 427.08 |
| Returns | 0 | 0.00 | American Express Charges | 20.44 |
| Net Sales | 640 | 26,852.13 | Payment Network and Associated Fees | 54.07 |
| Chargebacks | 0 | 0.00 | Authorization Fees | 105.75 |
| Adjustments | 0 | 0.00 | Other Fees | 161.95 |
| Convenience Adjustments | 0 | 0.00 | Total Charges and Fees | 769.29 |
| Total Sales | 640 | 26,852.13 | | |

*Charges and Fees have been posted to Account #: XXXXX9171*

## Volume Recap

| Card Type | ----Sales---- Item Count | Amount | ----Credits---- Item Count | Amount | ----Net Sales---- Amount | Discount Paid | Per Item Paid |
|---|---|---|---|---|---|---|---|
| AEXP | 22 | 709.35 | 0 | 0.00 | 709.35 | 18.36 | 2.08 |
| DISC | 33 | 1,656.33 | 0 | 0.00 | 1,656.33 | 35.04 | 3.30 |
| M/C | 131 | 5,515.35 | 0 | 0.00 | 5,515.35 | 83.15 | 18.54 |
| VISA | 454 | 18,971.10 | 0 | 0.00 | 18,971.10 | 219.49 | 67.56 |

## Deposits

| Batch Date | Settlement Date | Reference Number | Batch Number | Card Type | Paid by Merchant Payment Services | Paid by Others | Total Batch Amount |
|---|---|---|---|---|---|---|---|
| 08/01/20 | 08/01/20 | ▓▓▓▓▓▓▓▓▓▓ | | BATCH | 1,589.50 | 0.00 | 1,589.50 |
| | | | | VISA | 1,234.52 | 0.00 | |
| | | | | M/C | 207.85 | 0.00 | |
| | | | | DISC | 45.93 | 0.00 | |
| | | | | AEXP | 101.20 | 0.00 | |
| 08/02/20 | 08/02/20 | ▓▓▓▓▓▓▓▓▓▓ | | BATCH | 796.03 | 0.00 | 796.03 |
| | | | | VISA | 476.73 | 0.00 | |
| | | | | M/C | 308.58 | 0.00 | |
| | | | | AEXP | 10.72 | 0.00 | |
| 08/03/20 | 08/03/20 | ▓▓▓▓▓▓▓▓▓▓ | | BATCH | 368.23 | 0.00 | 368.23 |
| | | | | VISA | 268.61 | 0.00 | |
| | | | | DISC | 99.62 | 0.00 | |
| 08/04/20 | 08/04/20 | ▓▓▓▓▓▓▓▓▓▓ | | BATCH | 772.43 | 0.00 | 772.43 |
| | | | | VISA | 446.95 | 0.00 | |
| | | | | M/C | 265.22 | 0.00 | |
| | | | | DISC | 42.00 | 0.00 | |
| | | | | AEXP | 18.26 | 0.00 | |
| 08/05/20 | 08/05/20 | ▓▓▓▓▓▓▓▓▓▓ | | BATCH | 250.82 | 0.00 | 250.82 |
| | | | | VISA | 119.94 | 0.00 | |

## Merchant Billing Statement

ELAVON
MERCHANT PROCESSING SERVICES
7300 CHAPMAN HWY
KNOXVILLE, TN 37920

000006651 01  SP     106481229169393 S

Statement Date:      08/31/2020
Store Number:         0000000000
Merchant Number:    ▪▪▪▪▪▪▪▪▪▪
Chain Number:                 00000
DBA Name: WHITE BIRCH BREWING LLC

Page    2 of     6

# Deposits                                                                                          (continued)

| Batch Date | Settlement Date | Reference Number | Batch Number | Card Type | Paid by Merchant Payment Services | Paid by Others | Total Batch Amount |
|---|---|---|---|---|---|---|---|
| | | | | M/C | 28.00 | 0.00 | |
| | | | | DISC | 83.44 | 0.00 | |
| | | | | AEXP | 19.44 | 0.00 | |
| 08/06/20 | 08/06/20 | | | BATCH | 451.21 | 0.00 | 451.21 |
| | | | | VISA | 388.68 | 0.00 | |
| | | | | M/C | 42.53 | 0.00 | |
| | | | | AEXP | 20.00 | 0.00 | |
| 08/07/20 | 08/07/20 | | | BATCH | 1,508.83 | 0.00 | 1,508.83 |
| | | | | VISA | 1,066.44 | 0.00 | |
| | | | | M/C | 351.61 | 0.00 | |
| | | | | DISC | 38.78 | 0.00 | |
| | | | | AEXP | 52.00 | 0.00 | |
| 08/08/20 | 08/08/20 | | | BATCH | 1,190.02 | 0.00 | 1,190.02 |
| | | | | VISA | 859.19 | 0.00 | |
| | | | | M/C | 313.57 | 0.00 | |
| | | | | AEXP | 17.26 | 0.00 | |
| 08/09/20 | 08/09/20 | | | BATCH | 712.57 | 0.00 | 712.57 |
| | | | | VISA | 499.91 | 0.00 | |
| | | | | M/C | 156.66 | 0.00 | |
| | | | | AEXP | 56.00 | 0.00 | |
| 08/10/20 | 08/10/20 | | | BATCH | 344.16 | 0.00 | 344.16 |
| | | | | VISA | 281.91 | 0.00 | |
| | | | | M/C | 62.25 | 0.00 | |
| 08/11/20 | 08/11/20 | | | BATCH | 222.58 | 0.00 | 222.58 |
| | | | | VISA | 64.89 | 0.00 | |
| | | | | M/C | 157.69 | 0.00 | |
| 08/12/20 | 08/12/20 | | | BATCH | 226.96 | 0.00 | 226.96 |
| | | | | VISA | 162.19 | 0.00 | |
| | | | | M/C | 46.42 | 0.00 | |
| | | | | DISC | 18.35 | 0.00 | |
| 08/13/20 | 08/13/20 | | | BATCH | 465.53 | 0.00 | 465.53 |
| | | | | VISA | 381.03 | 0.00 | |
| | | | | M/C | 84.50 | 0.00 | |
| 08/14/20 | 08/14/20 | | | BATCH | 1,611.94 | 0.00 | 1,611.94 |
| | | | | VISA | 1,138.60 | 0.00 | |
| | | | | M/C | 292.32 | 0.00 | |
| | | | | DISC | 97.77 | 0.00 | |
| | | | | AEXP | 83.25 | 0.00 | |
| 08/15/20 | 08/15/20 | | | BATCH | 1,178.07 | 0.00 | 1,178.07 |
| | | | | VISA | 786.41 | 0.00 | |
| | | | | M/C | 275.22 | 0.00 | |
| | | | | DISC | 33.00 | 0.00 | |
| | | | | AEXP | 83.44 | 0.00 | |
| 08/16/20 | 08/16/20 | | | BATCH | 802.86 | 0.00 | 802.86 |
| | | | | VISA | 669.98 | 0.00 | |
| | | | | M/C | 98.36 | 0.00 | |
| | | | | DISC | 34.52 | 0.00 | |
| 08/17/20 | 08/17/20 | | | BATCH | 265.63 | 0.00 | 265.63 |
| | | | | VISA | 228.19 | 0.00 | |
| | | | | DISC | 37.44 | 0.00 | |
| 08/18/20 | 08/18/20 | | | BATCH | 571.57 | 0.00 | 571.57 |
| | | | | VISA | 442.76 | 0.00 | |
| | | | | M/C | 128.81 | 0.00 | |
| 08/19/20 | 08/19/20 | | | BATCH | 519.92 | 0.00 | 519.92 |
| | | | | VISA | 173.35 | 0.00 | |
| | | | | M/C | 336.85 | 0.00 | |
| | | | | DISC | 9.72 | 0.00 | |
| 08/20/20 | 08/20/20 | | | BATCH | 684.10 | 0.00 | 684.10 |
| | | | | VISA | 561.02 | 0.00 | |
| | | | | M/C | 88.08 | 0.00 | |
| | | | | DISC | 35.00 | 0.00 | |
| 08/21/20 | 08/21/20 | | | BATCH | 1,114.98 | 0.00 | 1,114.98 |
| | | | | VISA | 775.62 | 0.00 | |
| | | | | M/C | 316.74 | 0.00 | |
| | | | | DISC | 22.62 | 0.00 | |
| 08/22/20 | 08/22/20 | | | BATCH | 2,246.51 | 0.00 | 2,246.51 |

## Merchant Billing Statement

ELAVON
MERCHANT PROCESSING SERVICES
7300 CHAPMAN HWY
KNOXVILLE, TN 37920

000006651 01 SP    106481229169393 S

| | |
|---|---|
| Statement Date: | 08/31/2020 |
| Store Number: | 0000000000 |
| Merchant Number: | ●●●●●●●●●●●●●●● |
| Chain Number: | 00000 |

DBA Name: WHITE BIRCH BREWING LLC

Page    3 of    6

# Deposits                                                                 (continued)

| Batch Date | Settlement Date | Reference Number | Batch Number | Card Type | Paid by Merchant Payment Services | Paid by Others | Total Batch Amount |
|---|---|---|---|---|---|---|---|
| | | | | VISA | 1,687.06 | 0.00 | |
| | | | | M/C | 338.87 | 0.00 | |
| | | | | DISC | 103.33 | 0.00 | |
| | | | | AEXP | 117.25 | 0.00 | |
| 08/23/20 | 08/23/20 | | | BATCH | 1,183.79 | 0.00 | 1,183.79 |
| | | | | VISA | 989.29 | 0.00 | |
| | | | | M/C | 147.69 | 0.00 | |
| | | | | AEXP | 46.81 | 0.00 | |
| 08/24/20 | 08/24/20 | | | BATCH | 379.49 | 0.00 | 379.49 |
| | | | | VISA | 301.49 | 0.00 | |
| | | | | DISC | 78.00 | 0.00 | |
| 08/25/20 | 08/25/20 | | | BATCH | 749.35 | 0.00 | 749.35 |
| | | | | VISA | 383.32 | 0.00 | |
| | | | | DISC | 366.03 | 0.00 | |
| 08/26/20 | 08/26/20 | | | BATCH | 723.32 | 0.00 | 723.32 |
| | | | | VISA | 528.38 | 0.00 | |
| | | | | M/C | 149.88 | 0.00 | |
| | | | | DISC | 45.06 | 0.00 | |
| 08/26/20 | 08/26/20 | | | BATCH | 143.44 | 0.00 | 143.44 |
| | | | | VISA | 143.44 | 0.00 | |
| 08/27/20 | 08/28/20 | | | BATCH | 1,481.62 | 0.00 | 1,481.62 |
| | | | | VISA | 973.15 | 0.00 | |
| | | | | M/C | 409.68 | 0.00 | |
| | | | | DISC | 98.79 | 0.00 | |
| 08/28/20 | 08/28/20 | | | BATCH | 45.00 | 0.00 | 45.00 |
| | | | | VISA | 45.00 | 0.00 | |
| 08/28/20 | 08/28/20 | | | BATCH | 1,008.43 | 0.00 | 1,008.43 |
| | | | | VISA | 833.37 | 0.00 | |
| | | | | M/C | 56.00 | 0.00 | |
| | | | | DISC | 119.06 | 0.00 | |
| 08/29/20 | 08/29/20 | | | BATCH | 1,968.13 | 0.00 | 1,968.13 |
| | | | | VISA | 1,299.73 | 0.00 | |
| | | | | M/C | 625.68 | 0.00 | |
| | | | | AEXP | 42.72 | 0.00 | |
| 08/31/20 | 08/31/20 | | | BATCH | 950.75 | 0.00 | 950.75 |
| | | | | VISA | 575.74 | 0.00 | |
| | | | | M/C | 128.87 | 0.00 | |
| | | | | DISC | 205.14 | 0.00 | |
| | | | | AEXP | 41.00 | 0.00 | |
| 08/31/20 | 08/31/20 | | | BATCH | 324.36 | 0.00 | 324.36 |
| | | | | VISA | 184.21 | 0.00 | |
| | | | | M/C | 97.42 | 0.00 | |
| | | | | DISC | 42.73 | 0.00 | |
| **Deposits Totals** | | | | | **26,852.13** | **0.00** | **26,852.13** |

Each batch under 'Paid by Merchant Payment Services' has been posted to Account #.●●●●●●●●●

**Merchant Billing Statement**

ELAVON
MERCHANT PROCESSING SERVICES
7300 CHAPMAN HWY
KNOXVILLE, TN 37920

000006651 01 SP     106481229169393 S

Statement Date:     08/31/2020
Store Number:     0000000000
Merchant Number:
Chain Number:     00000
DBA Name: WHITE BIRCH BREWING LLC

Page     4 of     6

## Credit Card Processing Charges

| Description | Sales Amount | Item Count | Interchange Per Item | Interchange Rate | Interchange Dollars |
|---|---|---|---|---|---|
| Interchange - Visa | | | | | |
| RETAIL D R | 5,405.34 | 123 | 0.2200 | 0.0500 % | 29.76 |
| SML TKTD R | 320.20 | 30 | 0.2200 | 0.0500 % | 6.76 |
| EIRF D R | 200.00 | 2 | 0.2200 | 0.0500 % | 0.54 |
| RETAIL PP | 32.00 | 1 | 0.1500 | 1.1500 % | 0.52 |
| CP BUS DR | 520.00 | 4 | 0.2200 | 0.0500 % | 1.14 |
| RETAIL SQ | 348.36 | 7 | 0.1000 | 2.1000 % | 8.02 |
| COMM CP B3 | 143.62 | 1 | 0.1000 | 2.4000 % | 3.55 |
| COMM CP B4 | 19.62 | 1 | 0.1000 | 2.5000 % | 0.59 |
| STDCONSSIG | 150.00 | 1 | 0.1000 | 2.7000 % | 4.15 |
| STDCONSSPR | 263.00 | 3 | 0.1000 | 2.7000 % | 7.40 |
| STDCONSSPQ | 100.00 | 2 | 0.1000 | 2.7000 % | 2.90 |
| CPS RETAIL | 798.75 | 14 | 0.1000 | 1.5100 % | 13.46 |
| SMALL TKT | 142.96 | 13 | 0.0400 | 1.6500 % | 2.88 |
| REWARDS 1 | 2,813.22 | 60 | 0.1000 | 1.6500 % | 52.41 |
| CARD NP D | 20.00 | 1 | 0.1500 | 1.6500 % | 0.48 |
| SML TKT D | 213.22 | 19 | 0.0400 | 1.5500 % | 4.06 |
| RETAIL D | 4,556.86 | 98 | 0.1500 | 0.8000 % | 51.15 |
| VSP RTL | 2,923.95 | 74 | 0.1000 | 2.1000 % | 68.80 |
| Total Visa | 18,971.10 | 454 | | | 258.57 |
| | | | | | |
| Interchange - MasterCard | | | | | |
| ENH MER 3 | 352.12 | 7 | 0.1000 | 1.7300 % | 6.79 |
| MER3 DRF | 1,208.08 | 31 | 0.2200 | 0.0500 % | 7.42 |
| MER1 DRF | 16.99 | 1 | 0.2200 | 0.0500 % | 0.23 |
| DATA I BD | 65.16 | 1 | 0.1000 | 2.6500 % | 1.83 |
| DATA1 B5 | 28.00 | 1 | 0.1000 | 3.0000 % | 0.94 |
| MERIT I | 100.00 | 1 | 0.1000 | 1.8900 % | 1.99 |
| MERIT III | 256.73 | 5 | 0.1000 | 1.5800 % | 4.56 |
| INTL ELEC | 15.00 | 1 | 0.0000 | 1.1000 % | 0.17 |
| MCW MERIT3 | 582.90 | 13 | 0.1000 | 1.7700 % | 11.62 |
| MWE MERITI | 27.44 | 1 | 0.1000 | 2.5000 % | 0.79 |
| MWE MERIT3 | 1,025.76 | 23 | 0.1000 | 2.2000 % | 24.87 |
| HV MERIT3 | 575.30 | 12 | 0.1000 | 2.2000 % | 13.86 |
| MERIT 3 D | 1,261.87 | 34 | 0.1500 | 1.0500 % | 18.35 |
| Total MasterCard | 5,515.35 | 131 | | | 93.42 |
| | | | | | |
| Interchange - Discover Acquiring | | | | | |
| RETAIL R | 819.84 | 23 | 0.1000 | 1.7100 % | 16.32 |
| K ENTER R | 119.06 | 1 | 0.1000 | 2.0000 % | 2.48 |
| CNP R | 16.00 | 1 | 0.1000 | 2.0000 % | 0.42 |
| ELECT COMM | 635.93 | 6 | 0.1000 | 2.3000 % | 15.23 |
| RETAIL P | 42.88 | 1 | 0.1000 | 1.7100 % | 0.83 |
| D RTL PP | 22.62 | 1 | 0.1000 | 2.1500 % | 0.59 |
| Total Discover Acquiring | 1,656.33 | 33 | | | 35.87 |
| **Total Interchange** | | | | | **387.86** |

| Description | Sales Amount | Item Count | Processing Fee Per Item | Processing Rate | Processing Fee Dollars |
|---|---|---|---|---|---|
| Visa  Processing Fee | 18,971.10 | 454 | 0.0000 | 0.1500% | 28.48 |
| MasterCard   Processing Fee | 5,515.35 | 131 | 0.0000 | 0.1500% | 8.27 |
| Discover Acquiring    Processing Fee | 1,656.33 | 33 | 0.0000 | 0.1500% | 2.47 |
| **Total Processing Fees** | | | | | **39.22** |
| **Total Charges** | | | | | **427.08** |

## Merchant Billing Statement

ELAVON
MERCHANT PROCESSING SERVICES
7300 CHAPMAN HWY
KNOXVILLE, TN 37920

000006651 01 SP      106481229169393 S



Statement Date: 08/31/2020
Store Number: 0000000000
Merchant Number:
Chain Number: 00000
DBA Name: WHITE BIRCH BREWING LLC

Page    5 of    6

## American Express Charges

| Description | Sales Amount | Item Count | Interchange Per Item | Interchange Rate | Interchange Dollars |
|---|---|---|---|---|---|
| Interchange - American Express | | | | | |
| AEREST1 CP | 199.96 | 10 | 0.1000 | 1.8500 % | 4.70 |
| AEREST2 CP | 435.95 | 9 | 0.1000 | 2.5000 % | 11.80 |
| AEREST2CNP | 50.00 | 1 | 0.1000 | 2.5000 % | 1.35 |
| AEREST4 CP | 23.44 | 2 | 0.0400 | 1.6000 % | 0.46 |
| Total American Express | 709.35 | 22 | | | 18.31 |
| **Total Interchange** | | | | | **18.31** |

| Description | Sales Amount | Item Count | Processing Fee Per Item | Processing Rate | Processing Fee Dollars |
|---|---|---|---|---|---|
| American Express    Processing Fee | 709.35 | 22 | 0.0000 | 0.3000% | 2.13 |
| **Total Processing Fees** | | | | | **2.13** |
| **Total Charges** | | | | | **20.44** |

## Payment Network and Associated Fees

| Description | Amount | Item Count | Percentage Rate | Per Item Rate | Fee Amount |
|---|---|---|---|---|---|
| VISA FEE | | | | | |
| ASSESSMENTS | 7,703.48 | 176 | 0.1400 | 0.0000 | 10.78 |
| BASE II NETWORK ACCESS CHARGE | 18,971.10 | 454 | 0.0000 | 0.0018 | 0.82 |
| VISA CREDIT TRANS INTEGRITY FE | 513.00 | 6 | 0.0000 | 0.1000 | 0.60 |
| VI TRANSACTION INTEGRITY FEE | 200.00 | 2 | 0.0000 | 0.1000 | 0.20 |
| VISA DEBIT ASSESSMENTS | 11,267.62 | 278 | 0.1300 | 0.0000 | 14.65 |
| VISA FANF TABLE 1B TIER 1 | 20,862.59 | 1 | 0.0000 | 2.0000 | 2.00 |
| ACQUIRER PROCESSING FEE | 0.00 | 198 | 0.0000 | 0.0195 | 3.86 |
| ACQUIRER PROCESSING FEE - DEBI | 0.00 | 302 | 0.0000 | 0.0155 | 4.68 |
| VISA FEE Fee Totals | | | | | 37.59 |
| | | | | | |
| M/C FEE | | | | | |
| ASSESSMENTS | 5,515.35 | 131 | 0.1300 | 0.0000 | 7.17 |
| MC  ACQUIRER LICENSE FEE | 5,515.35 | 131 | 0.0047 | 0.0000 | 0.26 |
| MC ANNUAL LOCATION FEE | 0.00 | 1 | 0.0000 | 1.2500 | 1.25 |
| MC INTL ACQUIRER PGM SUPPORT F | 15.00 | 1 | 0.8500 | 0.0000 | 0.13 |
| MC INTL CROSS BORDER FEE | 15.00 | 1 | 0.6000 | 0.0000 | 0.09 |
| MC DIGITAL | 144.43 | 3 | 0.0100 | 0.0000 | 0.01 |
| MASTERCARD FILE TRANSMISSION F | 5,515.35 | 131 | 0.0000 | 0.0012 | 0.16 |
| MASTERCARD ACCEPTANCE FEE | 5,515.35 | 131 | 0.0000 | 0.0022 | 0.29 |
| NABU FEE | 0.00 | 144 | 0.0000 | 0.0195 | 2.81 |
| M/C FEE Fee Totals | | | | | 12.17 |
| | | | | | |
| DSCV FEE | | | | | |
| ASSESSMENTS | 1,656.33 | 33 | 0.1300 | 0.0000 | 2.15 |
| DATA USAGE FEE | 0.00 | 37 | 0.0000 | 0.0195 | 0.72 |
| DI NETWORK AUTHORIZATION FEE | 0.00 | 37 | 0.0000 | 0.0025 | 0.09 |
| DSCV FEE Fee Totals | | | | | 2.96 |
| | | | | | |
| AECF | | | | | |
| AMEX NETWORK FEES | 798.51 | 23 | 0.1500 | 0.0000 | 1.20 |
| AMEX KEYED FEE | 50.00 | 1 | 0.3000 | 0.0000 | 0.15 |
| AECF Fee Totals | | | | | 1.35 |
| | | | | | |
| **Total Payment Network and Associated Fees** | | | | | **54.07** |

# Merchant Billing Statement

ELAVON
MERCHANT PROCESSING SERVICES
7300 CHAPMAN HWY
KNOXVILLE, TN 37920

000006651 01 SP    106481229169393 S

Statement Date:    08/31/2020
Store Number:    0000000000
Merchant Number:    ~~00000000000000~~
Chain Number:    00000
DBA Name: WHITE BIRCH BREWING LLC

Page    6 of    6

## Other Transaction Charges

| Description | DR CR | Sales Amount | Discount Rate | Discount Charges | Item Count | Per Item Rate | Item Charge |
|---|---|---|---|---|---|---|---|
| BTCH BATCH HDR | DR | 0.00 | 0.0000 | 0.00 | 33 | 0.0000 | 0.00 |
| | CR | 0.00 | 0.0000 | 0.00 | 0 | 0.0000 | 0.00 |
| Summary | DR | 0.00 | | 0.00 | 33 | | 0.00 |
| | CR | 0.00 | | 0.00 | 0 | | 0.00 |
| | NET | 0.00 | | 0.00 | 33 | | 0.00 |

## Authorization Fees

| Description | Items | Rate | Authorization Fees |
|---|---|---|---|
| VISA WAT | 500 | 0.1500 | 75.00 |
| M/C  WAT | 144 | 0.1500 | 21.60 |
| DISC WAT | 37 | 0.1500 | 5.55 |
| AEXP WAT | 24 | 0.1500 | 3.60 |

|  |  |
|---|---|
| Credit Card Authorization Fees: | 102.15 |
| ECS Authorization Fees: | 0.00 |
| EGC Authorization Fees: | 0.00 |
| Other Card Authorization Fees: | 3.60 |
| **Total Authorization Fees:** | **105.75** |

## Other Fees

### Non Taxable Items

| Description | Items | Rate | Total |
|---|---|---|---|
| MNTHLY FEE | 1 | 14.9500 | 14.95 |
| TLCSTDFMTH | 1 | 69.0000 | 69.00 |
| TLSTCAMTH | 2 | 39.0000 | 78.00 |

|  |  |
|---|---|
| Total Non-Taxable Items: | 161.95 |
| Total Taxable Items: | 0.00 |
| Total Tax: | 0.00 |
| **Total Other Fees:** | **161.95** |


# Eastern Bank

BCK-305 - Post Office Box 391, Lynn, MA 01903-0491

| Customer Statement | Pg 1 of 8 |
|---|---|
| Statement Period: | Aug 01, 2020 thru Aug 31, 2020 |
| Account Number: | |
| Number of Items Enclosed: | 36 |

### Summary - All Accounts

| Type | Account # | Ending Balance |
|---|---|---|
| FREE BUSINESS CKG | 00601389171 | $4,433.02 |
| **TOTAL BALANCE** | | **$4,433.02** |
| **Total Balance** | | **$4,433.02** |

WHT BIRCH BREWING LLC DEBTORINPOSSESSION
DAVID HERLICKA AUTH SIGNER
CASE NUMBER 19-10622
460 AMHERST ST
NASHUA NH 03063

### FREE BUSINESS CHECKING -

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **STARTING BALANCE** | | | **$12,583.13** |
| Aug 03 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 796.03 | |
| Aug 03 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,589.50 | |
| Aug 03 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 3,783.48 | |
| Aug 03 | Electronic Payment MERCHANT SERVICE MERCH FEE | 971.60 | | |
| Aug 04 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 368.23 | |
| Aug 04 | Electronic Payment AMTRUST NA PAYMENT | 673.00 | | |
| Aug 05 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 772.43 | |
| Aug 06 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 250.82 | |
| Aug 06 | Electronic Payment CompletePR 43143 BILLING | 39.00 | | |
| Aug 06 | Electronic Payment CompletePR03ETTp TAX IMPOUN | 838.50 | | |
| Aug 07 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 451.21 | |
| Aug 10 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 712.57 | |
| Aug 10 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,190.02 | |


### Eastern Bank Combined Statements

# Eastern Bank
## JOIN US FOR GOOD®

Manage your finances.  Save the environment.  You can combine your Eastern checking, savings, money market, and CD accounts all on one statement – to make it easier to organize your finances and reduce paper waste.  Go to easternbank.com/goodchanges for more information or call 1-800 EASTERN (327-8376).

02XGLA_BK_081EAST001_M085

 **Eastern Bank**

| Customer Statement | Pg 2 of 8 |
|---|---|

Statement Period: Aug 01, 2020 thru Aug 31, 2020
Account Number:
Number of Items Enclosed: 36

## STATEMENT DISCLOSURE FOR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, telephone us at 1-800-EASTERN (327-8376) or write us at: Eastern Bank, One Eastern Place, Lynn, MA 01901-1508, Attn: ETS, EP3-11, promptly if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

When you notify us, please include the following information:

- Your name and account number;
- The date and dollar amount of the suspected error;
- A description of the error or transfer you are unsure about, and a clear explanation of why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we require more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## MANAGING OVERDRAFT FEES

The easiest way to avoid overdrawing your account is to record all transactions in your checkbook register and to reconcile your register to your monthly bank statement.

Additional Resources:
http://www.fdic.gov/consumers/overdraft/overdraft-hi-rez.pdf
www.easternbank.com/UnderstandingOverdrafts

## ACCOUNT RECONCILIATION

1. Check off transactions in your checkbook.
2. Subtract from your checkbook balance any service charge or bank charge appearing on your statement.
3. List all checks/debits and electronic transactions that are still outstanding, including those written in a prior statement period.
4. Complete reconciliation form provided to the right (list deposits/credits that are not shown on statement). The final balance figure should agree with your checkbook balance.

## HINTS FOR FINDING DIFFERENCES

- ☐ Did you enter all checks, deposits and electronic transactions correctly in your checkbook?
- ☐ Are all additions and subtractions correct in your checkbook and on the reconciliation form?
- ☐ Have you subtracted all bank charges and added all transactions such as automated and electronic transfers in your checkbook?
- ☐ Are the amounts of all debits and credits entered in your checkbook the same as shown on the statement?

## Questions?

Call us at 1-800-EASTERN (327-8376)
or write us at Eastern Bank, One Eastern Place, Lynn, MA 01901-1508

| OUTSTANDING CHECKS/DEBITS/ ELECTRONIC TRANSACTIONS | AMOUNT |
|---|---|
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| | |
|---|---|
| A. STATEMENT ACCOUNT BALANCE | |
| B. ADD DEPOSIT/CREDITS NOT SHOWN ON STATEMENT | |
| | |
| | |
| | |
| | |
| C. TOTAL (A & B) | |
| D. SUBTRACT TOTAL OUTSTANDING CHECKS/ DEBITS/ELECTRONIC TRANSACTIONS | |
| THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | |

**SAVINGS ACCOUNTS NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THE BANK**

Member FDIC


EQUAL HOUSING LENDER

 **Eastern Bank**

| Customer Statement | Pg 3 of 8 |
| --- | --- |

Statement Period: Aug 01, 2020 thru Aug 31, 2020
Account Number:
Number of Items Enclosed: 36

## FREE BUSINESS CHECKING - 00601389171 (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
| --- | --- | --- | --- | --- |
| Aug 10 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,508.83 | |
| Aug 11 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 344.16 | |
| Aug 12 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 222.58 | |
| Aug 13 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 226.96 | |
| Aug 13 | Electronic Payment CompletePR 43143 BILLING | 39.00 | | |
| Aug 13 | Electronic Payment CompletePR03F5lr TAX IMPOUN 200813 | 897.16 | | |
| Aug 14 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 465.53 | |
| Aug 17 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 802.86 | |
| Aug 17 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,178.07 | |
| Aug 17 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,611.94 | |
| Aug 18 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 265.63 | |
| Aug 19 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 571.57 | |
| Aug 20 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 519.92 | |
| Aug 20 | Electronic Payment CompletePR 43143 BILLING | 39.00 | | |
| Aug 20 | Electronic Payment CompletePR03FLSP TAX IMPOUN | 837.45 | | |
| Aug 21 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 684.10 | |
| Aug 24 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,114.98 | |
| Aug 24 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,183.79 | |
| Aug 24 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 2,246.51 | |
| Aug 25 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 379.49 | |
| Aug 26 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 749.35 | |
| Aug 27 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 143.44 | |
| Aug 27 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 723.32 | |
| Aug 27 | Electronic Payment TASTE PROFIT CON SALE | 30.00 | | |
| Aug 28 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 45.00 | |
| Aug 28 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,481.62 | |
| Aug 28 | Electronic Payment CompletePR 43143 BILLING | 39.00 | | |
| Aug 28 | Electronic Payment CompletePR03G3Jr TAX IMPOUN 200828 | 855.36 | | |
| Aug 31 | Deposit | | 500.00 | |
| Aug 31 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,008.43 | |
| Aug 31 | Preauthorized Credit MERCHANT SERVICE MERCH DEP | | 1,968.13 | |

**Eastern Bank**

| Customer Statement | Pg 4 of 8 |
|---|---|

Statement Period: Aug 01, 2020 thru Aug 31, 2020
Account Number:
Number of Items Enclosed: 36

**Starting Balance: $12,583.13**
**Ending Balance: $4,433.02**
**Average Collected Balance: $11,811.00**

**Number of Days in Period: 31**
**Total Deposits/Credits: $29,860.50**
**Total Withdrawals/Debits: $38,010.61**

## Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1042 | 08/10 | 638.09 | 1063 | 08/21 | 575.02 | 1663 | 08/12 | 800.00 |
| 1050* | 08/03 | 702.76 | 1064 | 08/21 | 703.85 | 1664 | 08/18 | 327.45 |
| 1053* | 08/07 | 826.84 | 1065 | 08/28 | 826.83 | 1665 | 08/24 | 333.00 |
| 1054 | 08/10 | 788.57 | 1067* | 08/31 | 575.02 | 1666 | 08/18 | 1,280.00 |
| 1055 | 08/07 | 541.79 | 1068 | 08/28 | 716.59 | 1667 | 08/24 | 675.47 |
| 1056 | 08/07 | 575.02 | 1517* | 08/25 | 232.94 | 1668 | 08/21 | 300.00 |
| 1057 | 08/14 | 826.84 | 1655* | 08/03 | 709.02 | 1669 | 08/26 | 750.00 |
| 1058 | 08/17 | 603.52 | 1658* | 08/04 | 327.00 | 1670 | 08/25 | 600.00 |
| 1059 | 08/14 | 575.02 | 1659 | 08/04 | 600.00 | 1671 | 08/28 | 600.00 |
| 1060 | 08/14 | 746.14 | 1660 | 08/05 | 261.14 | 1672 | 08/31 | 400.00 |
| 1061 | 08/21 | 826.84 | 1661 | 08/04 | 1,375.00 | 1673 | 08/28 | 10,000.00 |
| 1062 | 08/31 | 498.78 | 1662 | 08/05 | 380.00 | 1675* | 08/31 | 1,253.00 |

Total  36  Checks @  $32,751.54        * Indicates a skip in sequence      † Indicates a substitute check

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/03 | 16,368.76 | 08/11 | 14,103.08 | 08/18 | 12,781.52 | 08/25 | 14,358.31 |
| 08/04 | 13,761.99 | 08/12 | 13,525.66 | 08/19 | 13,353.09 | 08/26 | 14,357.66 |
| 08/05 | 13,893.28 | 08/13 | 12,816.46 | 08/20 | 12,996.56 | 08/27 | 15,194.42 |
| 08/06 | 13,266.60 | 08/14 | 11,133.99 | 08/21 | 11,274.95 | 08/28 | 3,683.26 |
| 08/07 | 11,774.16 | 08/17 | 14,123.34 | 08/24 | 14,811.76 | 08/31 | 4,433.02 |
| 08/10 | 13,758.92 | | | | | | |



Customer Statement     Pg 5 of 8

Statement Period:    Aug 01, 2020 thru Aug 31, 2020
Account Number:
Number of Items Enclosed:      36



CK #1042    PD 08/10/2020    $638.09



CK #1056    PD 08/07/2020    $575.02



CK #1050    PD 08/03/2020    $702.76



CK #1057    PD 08/14/2020    $826.84



CK #1053    PD 08/07/2020    $826.84



CK #1058    PD 08/17/2020    $603.52



CK #1054    PD 08/10/2020    $788.57



CK #1059    PD 08/14/2020    $575.02



CK #1055    PD 08/07/2020    $541.79

CK #1060    PD 08/14/2020    $746.14



**Eastern Bank**



CK #1061    PD 08/21/2020    $826.84



CK #1067    PD 08/31/2020    $575.02



CK #1062    PD 08/31/2020    $498.78



CK #1068    PD 08/28/2020    $716.59



CK #1063    PD 08/21/2020    $575.02



CK #1064    PD 08/21/2020    $703.85



CK #1517    PD 08/25/2020    $232.94



CK #1065    PD 08/28/2020    $826.83



CK #1655    PD 08/03/2020    $709.02

CK #1658    PD 08/04/2020    $327.00



**Eastern Bank**



CK #1659     PD 08/04/2020     $600.00



CK #1664     PD 08/18/2020     $327.45



CK #1660     PD 08/05/2020     $261.14



CK #1665     PD 08/24/2020     $333.00



CK #1661     PD 08/04/2020     $1375.00



CK #1666     PD 08/18/2020     $1280.00



CK #1662     PD 08/05/2020     $380.00



CK #1667     PD 08/24/2020     $675.47



CK #1663     PD 08/12/2020     $800.00



CK #1668     PD 08/21/2020     $300.00



**Eastern Bank**

| Customer Statement | | Pg 8 of 8 |
|---|---|---|
| Statement Period: | Aug 01, 2020 thru Aug 31, 2020 | |
| Account Number: | | |
| Number of Items Enclosed: | | 36 |



CK #1669    PD 08/26/2020    $750.00



CK #1675    PD 08/31/2020    $1253.00



CK #1670    PD 08/25/2020    $600.00



CK #1671    PD 08/28/2020    $600.00



CK #1672    PD 08/31/2020    $400.00



CK #1673    PD 08/28/2020    $10000.00